(106 So. 927)

Ernest WILSON v. STATE. (4 Div. 176.) (Court of Appeals of Alabama. Dec. 15, 1925.) Appeal from Circuit Court, Pike County; W. L. Parks, Judge. Violating prohibition law. Ballard & Brassell, of Troy, for appellant. Harwell G. Davis, Atty. Gen., for the State.

SAMFORD, J. Affirmed.

---

(110 So. 927)

Alf WILSON v. STATE. (2 Div. 368.) (Court of Appeals of Alabama. Nov. 2, 1926.) Appeal from Circuit Court, Perry County; H. F. Reese, Judge. Unlawful use of motor vehicle.

BRICKEN, P. J. Appeal dismissed.

---

(110 So. 927)

Alf WILSON v. STATE. (2 Div. 367.) (Court of Appeals of Alabama. Nov. 9, 1926.) Appeal from Circuit Court, Perry County; H. F. Reese, Judge. Violating prohibition law.

RICE, J. Affirmed.

---

(106 So. 927)

Daniel WISE v. STATE. (4 Div. 34.) (Court of Appeals of Alabama. Nov. 17, 1925.) Appeal from Circuit Court, Coffee County; W. L. Parks, Judge. Violating prohibition laws. J. C. Fleming and J. N. Ham, both of Elba, for appellant. Harwell G. Davis, Atty. Gen., for the State.

SAMFORD, J. The judgment in the circuit court was entered October 3d. The bill of exceptions was presented January 2d following; 28 days in October, 30 days in November, 31 days in December, and 2 days in January. The aggregate is 91 days. Motion is made by the Attorney General to strike the bill of exceptions. The motion to strike is granted. There being no bill of exceptions, and no error appearing in the record, the judgment is affirmed.

---

(110 So. 927)

Elijah WITHERSPOON v. STATE. (6 Div. 111.) (Court of Appeals of Alabama. Dec. 7, 1926.) Appeal from Circuit Court, Tuscaloosa County; Henry B. Foster, Judge.

RICE, J. Appeal dismissed.

---

(110 So. 927)

J. S. WITTMEIER v. FOUST & ELLIS. (6 Div. 82.) (Court of Appeals of Alabama. Nov. 26, 1926.) Appeal from Circuit Court, Blount County; O. A. Steele, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

---

(108 So. 927)

M. C. WOODS v. STATE. (6 Div. 847.) (Court of Appeals of Alabama. April 27, 1926.) Appeal from Circuit Court, Jefferson County; W. E. Fort, Judge. Distilling.

RICE, J. Appeal dismissed.

---

(108 So. 927)

Martin WRIGHT v. STATE. (5 Div. 600.) (Court of Appeals of Alabama. April 20, 1926.) Appeal from Circuit Court, Chilton County; G. F. Smoot, Judge. Violating prohibition law.

SAMFORD, J. Affirmed.

---

(109 So. 927)

John WRIGHT v. STATE. (1 Div. 702.) (Court of Appeals of Alabama. Aug. 31, 1926.) Appeal from Circuit Court, Mobile County; Saffold Berney, Judge. Distilling.

PER CURIAM. Appeal dismissed, on motion of appellant.

---

(110 So. 927)

Emma L. WRIGHT v. D. N. WRIGHT. (6 Div. 80.) (Court of Appeals of Alabama. Nov. 2, 1926.) Appeal from Circuit Court, Jefferson County, Bessemer Division; J. C. B. Gwin, Judge.

RICE, J. Appeal dismissed.

---

(110 So. 927)

W. T. RAWLEIGH CO. v. C. T. JORDAN et al. (1 Div. 688.) (Court of Appeals of Alabama. Nov. 11, 1926.) Appeal from Circuit Court, Clarke County; T. J. Bedsole, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.